730

*Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Singleton, Appellant.

Submitted December 8, 1972. *Neil Leibman*, for appellant; *Ronald I. Rosen* and *Milton M. Stein*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Conviction affirmed and record remanded for resentence under The Controlled Substance, Drug, Device and Cosmetic Act of 1972, 35 P.S. §§780-101 ff. See *Commonwealth v. Simpson*, 222 Pa. Superior Ct. 296, 294 A. 2d 805 (1972).

## Commonwealth *v.* Smith, Appellant.

Submitted December 4, 1972. *Robert G. Allman*, for appellant; *Mary Rose Cunningham* and *Milton M. Stein*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Stokes, Appellant.

*Anthony J. Caiazzo,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Strohl, Appellant.

Submitted December 4, 1972. *Charles J. Hair,* Assistant Public Defender, for appellant; *Howard R. Miller,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Taggart et al., Appellants.

Argued December 8, 1972. *James M. Moran,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgments of sentence affirmed, and the defendants are directed to appear in the court below at such time as they may be there called, and that they be by that court committed until each defendant has complied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas.